**EXHIBIT E**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 1:22-cv-23226-LENARD

VENUS CONCEPT USA INC., a
Delaware corporation,

    Plaintiff,

v.

Fanatical Skin Ink, LLC, a North Carolina
limited liability company, and Nicole
Johnson, an individual,

    Defendants.
_____/

**[PROPOSED] DEFAULT FINAL JUDGMENT**

**THIS CAUSE** came before the Court upon the Order Granting Plaintiff's Motion for Default Final Judgment Against Defendants [DE __], whereby the Court granted default final judgment against Defendants Fanatical Skin Ink, LLC ("Fanatical Skin") and Nicole Johnson ("Johnson") and in favor of Plaintiff, Venus Concept USA Inc. Pursuant to Federal Rule of Civil Procedure 58, it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff, Venus Concept USA Inc., and against Defendants, Fanatical Skin and Johnson.

2. Plaintiff shall recover from Defendants, Fanatical Skin and Johnson, jointly and severally, the following sums:

| | |
|---|---|
| (a) Total Purchase Price | $107,000.00 |
| (b) Prior payments, credits, and offsets | -$44,121.03 |
| (c) Pre-Termination Default Interest 09/25/2019 – 06/30/2022 | $16,957.47 |
| (d) Post-Termination Default Interest 07/01/2022 – 02/10/2023 | $ 8,858.25 |
| (e) Attorneys' Fees | $ 6,440.00 |

1

| | |
|---|---:|
| (f) Costs | <u>$817.04</u> |
| **TOTAL:** | **$95,951.73**[1] |

3. Plaintiff, Venus Concept USA Inc.'s, address is 1880 N Commerce Pkwy #2, Weston, FL 33326. Defendant Fanatical Skin's address is 3 Ice Court Pinehurst, NC 28374. Defendant Johnson's address is 3 Ice Court Pinehurst, NC 28374.

4. This judgment sum shall bear post-judgment interest at the rate as prescribed by 28 U.S.C. §1961.

5. This Court reserves jurisdiction for the purposes of entering all further post-judgment orders, including, but not limited to, the award of taxable costs and interest, orders for the purpose of discovery in aid of execution or proceedings supplementary to and in aid of judgment or execution, and to enter any other or additional orders as may be necessary or appropriate.

6. Defendants shall respond to any duly served post-judgment notices and requests in aid of execution or in proceedings supplementary.

7. For all the foregoing, execution shall issue forthwith.

**DONE AND ORDERED** in Miami, Florida, this _____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
All parties and counsel of record

---

[1] Plaintiff is also entitled to per diem default interest of $39.37 from 02/10/2023 through the date of this Default Final Judgment.