UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:22-cv-23226-LENARD

Venus Concept USA, Inc., a
Delaware corporation,

    Plaintiff,

v.

Fanatical Skin Ink, LLC, a North Carolina
limited liability company, and Nicole
Johnson, an individual,

    Defendants.
_____/

## NOTICE OF FILING[1]

Plaintiff, Venus Concept USA, Inc. ("Plaintiff" or "Venus"), hereby gives notice of filing the attached *Plaintiff's Declaration of Damages*, which is Exhibit B to the *Motion for Default Final Judgment Against Defendants* [ECF No. 11] filed by Venus on February 10, 2023.

Dated: February 16, 2023

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
*Counsel for Venus Concept USA, Inc.*
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301
Tel.: 954-728-1280
Fax: 954-678-4090
Vincent.Alexander@lewisbrisbois.com

By: /s/ Vincent F. Alexander
    Vincent Alexander
    Fla. Bar No. 68114

---

[1] The executed signature page to *Plaintiff's Declaration of Damages* was inadvertently omitted from the initial filing.

1

4886-1697-8769.2

## CERTIFICATE OF SERVICE

**I CERTIFY** that on February 16, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by (1) transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notice of Electronic Filing in this case; and (2) U.S. First Class Mail on the parties on the attached Service List.

By: /s/ Vincent F. Alexander
Vincent F. Alexander

## SERVICE LIST

Fanatical Skin Ink, LLC
3 Ice Court
Pinehurst, NC 28374

Nicole Johnson
3 Ice Court
Pinehurst, NC 28374