**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:22-cv-23226

VENUS CONCEPT USA INC., a
Delaware corporation,

    Plaintiff,

v.

Fanatical Skin Ink, LLC, a North Carolina
limited liability company, and Nicole
Johnson, an individual,

    Defendants.
_____/

## PLAINTIFF'S DECLARATION OF DAMAGES

I, Carmen Hurtado, declare that I have personal knowledge of the facts as set forth below. If called as a witness, I could and would testify as follows:

1. Plaintiff, Venus Concept USA Inc. ("Plaintiff"), is a medical aesthetic device company in the business of developing, commercializing, and delivering minimally invasive and non-invasive medical aesthetic and hair restoration technologies and devices to its consumers, such as the Defendants, Fanatical Skin Ink, LLC and Nicole Johnson (collectively, "Defendants").

2. My current role at Plaintiff is Operations Controller, North America. I am familiar with the books of record and accounts of Plaintiff, including with respect to Defendants, and am familiar with Defendants' payment record.

**The Subscription Agreement**

3. Plaintiff and Defendants executed a "Subscription Agreement" dated August 16, 2019. A true and correct copy of the Subscription Agreement was attached as Exhibit "A" to the Complaint. Pursuant to the Subscription Agreement, Plaintiff promised to deliver certain medical

aesthetic device(s), supplies, and services (collectively, the "Goods") to Defendants in consideration for Defendants' promise to make certain monthly installment payments.

4. The total price of the Subscription Agreement was $107,000.00, consisting of the following:

| | |
|---|---|
| **Venus Versa Cost:** | $99,500.00 |
| **Shipping charge** | $500.00 |
| **Sales Tax @ 8.3%** | $7,000.00 |
| **Total Purchase Price:** | $107,000.00 |

5. As of September 25, 2019, Defendants paid a total of $9,095.00, and $97,905.00 remained due and owing under the Subscription Agreement.

6. After September 25, 2019, Defendants defaulted under and materially breached the Subscription Agreement by failing and refusing to pay the remaining amounts due and owing to Plaintiff pursuant to the Subscription Agreement since September 25, 2019. Defendants' failure to make the requisite payments due and owing constituted an event of "Default" under the Subscription Agreement. The Subscription Agreement entitles Plaintiff to default interest at the rate of 18% per annum calculated and compounded monthly on all overdue payments.

7. Because of Defendants' uncured Default, on June 30, 2022, Plaintiff sent Defendants a Notice of Termination thereby terminating the Subscription Agreement and accelerating all amounts due and owing under the Subscription Agreement. A true and correct copy of the Notice of Termination was attached as Exhibit B to the Complaint. The Subscription Agreement entitles Plaintiff to default interest from the date of the termination on the total amount due and owing under the Subscription Agreement at the rate of 18% per annum calculated and compounded monthly.

8. The table below reflects the total amount due and owing under the Subscription Agreement as of February 10, 2023:

| Total Purchase Price: | $107,000.00 |
|---|---|
| Payments Made by Defendants: | -$44,121.03 |
| Pre-Termination Default Interest 09/25/2019 – 06/30/2022: | $16,957.47 |
| Post-Termination Default Interest 07/01/2022 – 02/10/2023: | $ 8,858.25 |
| **Total Balance Due:** | **$88,694.69** |

**Total Amount of Claim**

9. The total amount due and owing under the Subscription Agreement as of February 10, 2023, is **$88,694.69,** exclusive of attorneys' fees and costs.[1]

10. Default interest accrues on the accelerated amount outstanding as of the termination of the Subscription Agreement of $79,836.44 at the rate of $39.37 per day (calculated as .18 / 365 * $79,836.44), and Plaintiff is entitled to default interest until entry of final judgment.

[remainder of page intentionally left blank]

---

[1] The Subscription Agreement entitles Plaintiff to additional attorneys' fees and costs. Plaintiff will be filing contemporaneously herewith a declaration of attorneys' fees and costs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February  10 , 2023.

Signature: _____
Carmen Hurtado