UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23226-CIV-LENARD/LOUIS

**VENUS CONCEPT USA, INC.,**

    Plaintiff,

**v.**

**NICOLE JOHNSON and**
**FANATICAL SKIN INK, LLC,**

    Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

**THIS CAUSE** is before the Court following the Court's Order Granting in Part and Denying in Part Plaintiff Venus Concept USA, Inc.'s Motion for Default Final Judgment Against Defendants Nicole Johnson and Fanatical Skin Ink, LLC. Pursuant to Rules 55(b) and 58(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED AND ADJUDGED** that:

1. **FINAL DEFAULT JUDGMENT** is hereby entered in favor of Plaintiff Venus Concept USA, Inc. and against Defendants Nicole Johnson and Fanatical Skin Ink, LLC;

2. Plaintiff Venus Concept USA, Inc. shall have and receive from Defendants Nicole Johnson and Fanatical Skin Ink, LLC, jointly and severally, the amount of **$134,926.80** (calculated as $129,168.80 in damages ($79,836.44 principal amount plus $49,332.36 in prejudgment interest), $5,356 in

attorneys' fees, and $402.00 in taxable costs), which shall bear post-judgment interest at the prevailing statutory rate until the judgment is satisfied, **for which sum let execution issue**; and

3. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 2nd day of March, 2023.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**